UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00036

**United States of America**

v.

**Ray Anthony Williams**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on October 4, 2022, and issued a report and recommendation as to the disposition of this matter. Doc. 14. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 13.

The court hereby accepts the report and recommendation of the United States Magistrate Judge. The court orders that defendant be sentenced to time served, which includes 100 days of unserved community confinement, with one year of supervised release to follow.

*So ordered by the court on October 7, 2022.*

J. CAMPBELL BARKER
United States District Judge

1